Certificate Number: 14912-PAW-DE-032671160

Bankruptcy Case Number: 17-22760



14912-PAW-DE-032671160

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 15, 2019, at 1:08 o'clock PM EDT, Samantha Gaffey completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   April 15, 2019                   By:    /s/Jai Bhatt

                                         Name:  Jai Bhatt

                                         Title: Counselor