IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | BKY. No.  17-22760 CMB |
| | : | Chapter 13 |
| Samantha Marie Gaffey f/k/a Samantha Marie | : | |
| | : | |
| Roberts | : | |
| Debtor(s). | : | |
| | : | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF
SAMANTHA GAFFEY TO EMPLOY BRANDON KELLER, ESQUIRE AS SPECIAL
COUNSEL (TELEPHONIC PROCEDURE EFFECTIVE MARCH 16, 2020)**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than _____July 18th_____, 2020 (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A **telephonic** hearing will be held on _____August 5_____, 2020, at __11_:_00___ a .m. before Judge Carlota M. Bohm. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intend to participate in the hearing shall appear **telephonically** and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.

Date of Service: ____July 1_____, 20 20        __Brandon Keller, Esquire
                                                 Attorney for Movant/Applicant
                                                 _/s/Brandon Keller, Esquire_____
                                                 Signature
                                                  707 Grant St., Suite 1200, Pittsburgh, PA 15219
                                                 Address
                                                  412-360-7257
                                                 Telephone Number
                                                  314022_____
                                                 Attorney I.D. No.

Form CMB-301-T (Rev. 3/16/2020)