IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Samantha Marie Gaffey f/k/a Samantha Marie Roberts<br><br>　　　　　Debtor | CHAPTER 13<br><br>BKY. NO. 17-22760 CMB |

### **CERTIFICATE OF SERVICE**

I, Brandon Keller, Esquire, of the law firm of Simon & Simon, P.C., hereby certify that on

July 15, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system,

which will send notification of such filing to the following:

Ronda J. Winnecour
c/o Owen Katz, Staff Attorney
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566 x3124
Fax (412) 471-5470
Email: okatz@chapter13trusteewdpa.com

　　　I hereby certify that I emailed the document to above participant as well.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　___/s *Brandon Keller*_____
　　　　　　　　　　　　　　　Brandon R. Keller, Esq.
　　　　　　　　　　　　　　　Simon & Simon, P.C.
　　　　　　　　　　　　　　　707 Grant Street; Suite 1200
　　　　　　　　　　　　　　　Pittsburgh, PA 15201
　　　　　　　　　　　　　　　Ph: 412-360-7258
　　　　　　　　　　　　　　　brandonkeller@gosimon.com
　　　　　　　　　　　　　　　PA Bar ID: 314022

　　　　　　　　　　　　　　　Date: ____7/21/2020_____