IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Samantha Marie Gaffey f/k/a Samantha Marie Roberts

          Debtor(s).

BKY. No. 17-22760 CMB
Chapter 13

## NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF SAMANTHA GAFFEY TO EMPLOY BRANDON KELLER, ESQUIRE AS SPECIAL COUNSEL (TELEPHONIC PROCEDURE EFFECTIVE MARCH 16, 2020)

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than August 7, 2020 (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A **telephonic** hearing will be held on August 26, 2020, at 11:00 a.m. before Judge Carlota M. Bohm. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intend to participate in the hearing shall appear **telephonically** and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.

Date of Service: July 21, 2020

Brandon Keller, Esquire
Attorney for Movant/Applicant
/s/Brandon Keller, Esquire
Signature
707 Grant St., Suite 1200, Pittsburgh, PA 15219
Address
412-360-7257
Telephone Number
314022
Attorney I.D. No.

Form CMB-301-T (Rev. 3/16/2020)