# PROCEEDING MEMO

**Date: 08/26/2020 11:00 am**

**In re:   Samantha Marie Gaffey**

**Bankruptcy No. 17-22760-CMB**
**Chapter: 13**
**Doc. # 51**

**Telephonic Appearances: Brandon Russell Keller, Esq.**

**Nature of Proceeding: #51 Application to Employ Brandon Keller Esquire as Special Counsel**

**Additional Pleadings: #52 Certificate of Service**
**#55 Notice of Hearing**
**CNO Not filed**

**Judge's Notes:**

- Reason for delay in seeking appointment, first time involved in this process and did what needed to be done as soon as he knew what was required. Only notice provided was through electronic filing. Can't be sure that all creditors received notice.

OUTCOME: Application approved. Order entered modified with negative notice language making it effective in 13 days, giving an opportunity for objections, and providing service on matrix.

**Carlota M. Böhm**

**Chief U.S. Bankruptcy Judge**

FILED
8/26/20 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA