**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Samantha Marie Gaffey
fka Samantha Marie Roberts**
Debtor(s)

Bankruptcy Case No.: 17−22760−CMB

Chapter: 13
Docket No.: 57 − 56

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 26th of August, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/13/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/28/20 at 11:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/13/20.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 17-22760-CMB
Samantha Marie Gaffey                                                   Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0315-2           User: gamr                 Page 1 of 3                  Date Rcvd: Aug 26, 2020
                               Form ID: 408               Total Noticed: 77


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db             +Samantha Marie Gaffey,    824 Narrows Road,    East Millsboro, PA 15433-1257
cr             +Freedom Mortgage Corporation,    c/o McCalla Raymer Leibert Pierce, LLC,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
14654500       +Alltranfinancial Fka Unitedrec,    5800 N Course Dr,    Houston TX 77072-1613
14654503       +Asset Recovery Solutions,    2200 E Devon Ave,    Des Plaines IL 60018-4501
14654504        Asst Recovery Solutions,    2200 E Devon Sve Ste 200d,    Des Plaines IL 60018
14654505       +Atlantic Credit Finance,    2727 Franklin Road,    Roanoke VA 24014-1011
14654506        Barclays Bank Delaware,    PO Box 8803,    Wilmington DE 19899-8803
14654507        Best Buy/cbna,    PO Box 6497,    Sioux Falls SD 57117-6497
14654513       +Carol Wright/dr Leonard/dm Ser,    100 Nixon Ln,    Edison NJ 08837-3804
14680113        Credit First NA,    BK13 Recovery Services,    PO Box 818011,    Cleveland, OH 44181-8011
14654517        Credit First Na/firestone,    PO Box 81083,    Cleveland OH 44181
14654518        Credit First National Assoc,    Po Box 81315,    Cleveland OH 44181-0315
14654524       +Ecs/ Credit Basics,    535 Anton Blvd Ste 100,    Costa Mesa CA 92626-7199
14654525       +Ecs/right Offer Marketplace,    475 Anton Blvd,    Costa Mesa CA 92626-7037
14654529        Firestone,    PO Box 81307,    Bk 14,    Cleveland OH 44181-0307
14654530       +Firstsource Advantage Llc,    205 Bryant Woods South,    Amherst NY 14228-3609
14654531       +Fiservcheckfree Corp,    6000 Perimeter Dr,    Dublin OH 43017-3233
14912270       +Freedom Mortgage Corporation,    10500 Kincaid Blvd,    Fishers, IN 46037-9764
14654534       +I C System Inc,    PO Box 64378,    Saint Paul MN 55164-0378
14654537       +Lending Club Corporation,    21 Stevenson St Ste 300,    San Francisco CA 94105-2706
14654538        Loancare Servicing Center,    3637 Sentara Way,    Virginia Beach VA 23452-4262
14654542       +Midland Funding Llc,    Daniel J Santucci,    1333 Race St,    Philadelphia PA 19107-1556
14654541       +Midland Funding Llc,    1 International Plaza 5th Floor,    Philadelphia PA 19113-1510
14654543       +Northland Group, Inc,    7831 Glen Roy Road,    Edina MN 55439-3133
14654544       +Northstar Prim Cred Crds,    4285 Genesee Street,    Creektowaga NY 14225-1943
14724082       +Stearns Lending, LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
14654561       +Tu Interactivecap 1,    100 Cross St,    Ste 202,    San Luis Obisp CA 93401-7570
14656239       +Velocity Investments, LLC,    c/o Machol and Johannes, LLC,    700 17th Street Suite 200,
                 Denver, CO 80202-3558
14654564       +Webcollex Llc,    505 Independence Parkway,    Chesapeake VA 23320-5178

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bncmail@w-legal.com Aug 27 2020 05:02:44      Synchrony,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
14654499        E-mail/Text: mtamsett@adminrecovery.com Aug 27 2020 05:03:11       Admin Recovery LLc,
                 9159 Main St,    Clarence NY 14031
14654501       +E-mail/Text: legal@arsnational.com Aug 27 2020 05:01:06       Ars National,    201 West Grand,
                 Escondido CA 92025-2603
14654502       +E-mail/Text: legal@arsnational.com Aug 27 2020 05:01:06       Ars National Services,
                 PO Box 463023,    Escondido CA 92046-3023
14654508       +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:06:20       Bill Me Later Inc,
                 9690 Deereco Rd,    7th Floor,    Timonium MD 21093-6991
14654509       +E-mail/Text: cms-bk@cms-collect.com Aug 27 2020 05:01:05       Capital Management Svc,
                 698 S Ogden St,    Buffalo NY 14206-2317
14654512        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2020 05:05:42        Capital One,
                 PO Box 30281,    Salt Lake City UT 84130-0281
14654511        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2020 05:04:39        Capital One,
                 PO Box 30253,    Salt Lake City UT 84130-0253
14654510        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2020 05:06:37        Capital One,
                 PO Box 30285,    Salt Lake City UT 84130-0285
14684078        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2020 05:05:42
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14654514       +E-mail/Text: CBCSMail@CBCSNational.com Aug 27 2020 05:02:19       Cbc Collections,
                 250 E Town St,    Columbus OH 43215-4631
14654515       +E-mail/Text: bankruptcynotices@cbecompanies.com Aug 27 2020 05:03:04        Cbe Group,
                 1309 Technology Parkway,    Cedar Falls IA 50613-6976
14723972       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 27 2020 05:01:11
                 Comenity Capital Bank/Paypal Credit,    c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,
                 Seattle, WA 98121-3132
14654519       +E-mail/PDF: creditonebknotifications@resurgent.com Aug 27 2020 05:05:48        Credit One Bank,
                 PO Box 98873,    Las Vegas NV 89193-8873
14654520        E-mail/Text: mrdiscen@discover.com Aug 27 2020 05:00:40      Discover Bank,
                 6500 New Albany Road,    Cma-new Albany Enter,    New Albany OH 43054
14654521        E-mail/Text: mrdiscen@discover.com Aug 27 2020 05:00:40      Discover Bank,    PO Box 15316,
                 Wilmington DE 19850-5316
14654522        E-mail/Text: mrdiscen@discover.com Aug 27 2020 05:00:40      Discover Financial Services,
                 PO Box 15316,    Wilmington DE 19850
14654523        E-mail/Text: mrdiscen@discover.com Aug 27 2020 05:00:40      Discover Fincl Svc Llc,
                 2500 Lake Cook Road,    Riverwoods IL 60015-3851
14656132        E-mail/Text: mrdiscen@discover.com Aug 27 2020 05:00:40      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14654526       +E-mail/Text: bknotice@ercbpo.com Aug 27 2020 05:02:35      Enhanced Recovery,
                 8014 Bayberry Road,    Jacksonville FL 32256-7412
```

```
District/off: 0315-2          User: gamr                Page 2 of 3                 Date Rcvd: Aug 26, 2020
                              Form ID: 408              Total Noticed: 77


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14654527       +E-mail/Text: data_processing@fin-rec.com Aug 27 2020 05:01:05      Financial Rec Services,
                 PO Box 385908,   Minneapolis MN 55438-5908
14654528        E-mail/Text: bnc-bluestem@quantum3group.com Aug 27 2020 05:03:20      Fingerhut/webbank,
                 6250 Ridgewood Rd,   Saint Cloud MN 56303-0820
14654533       +E-mail/Text: bnc-bluestem@quantum3group.com Aug 27 2020 05:03:20      Gettington,
                 6250 Ridgewood Road,   Saint Cloud MN 56303-0820
14654535       +E-mail/Text: BKRMailOPS@weltman.com Aug 27 2020 05:01:06      Kay Jewelers,   375 Ghent Rd,
                 Fairlawn OH 44333-4600
14654536        E-mail/Text: bk@lendingclub.com Aug 27 2020 05:03:12      Lending Club Corporation,
                 71 Stevenson St Ste 300,   San Francisco CA 94105-2985
14711855       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 27 2020 05:02:17      MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
14654539       +E-mail/Text: bknotices@mbandw.com Aug 27 2020 05:03:05      Mccarthy Burgess W,
                 26000 Cannon Rd,   Cleveland OH 44146-1807
14654540        E-mail/Text: bankruptcydpt@mcmcg.com Aug 27 2020 05:02:17      Midland Credit Management Inc,
                 2365 Northside Dr 300,   San Diego CA 92108-2709
14654545        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 05:04:49
                 Portfolio Recovery Associates,   Riverside Commerce Center,   120 Corporate Blvd Ste 100,
                 Norfolk VA 23502-4962
14700790        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 05:06:46
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14654546        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 05:04:46
                 Portfolio Recovery Association,   Riverside Commerce Center,   140 Corporate Blvd,
                 Norfolk VA 23502-4962
14654695       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 05:04:46
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14654548        E-mail/Text: bankruptcy@prosper.com Aug 27 2020 05:03:16      Prosper Marketplace Inc,
                 221 Main St Ste 300,   San Francisco CA 94105-1909
14654547       +E-mail/Text: bankruptcy@prosper.com Aug 27 2020 05:03:16      Prosper Marketplace Inc,
                 101 2nd St Floor 15,   San Francisco CA 94105-3672
14654549       +E-mail/Text: bk@rgsfinancial.com Aug 27 2020 05:00:33      Rgs Financial Inc,
                 1700 Jay Ell Dr Ste 200,   Ricardson TX 75081-6788
15021372       +E-mail/Text: bncmail@w-legal.com Aug 27 2020 05:02:44      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave, Ste 400,   Seattle, WA 98121-3132
14654550       +E-mail/Text: bankruptcy@sccompanies.com Aug 27 2020 05:03:54      Swiss Colony/credit Department,
                 1112 7th Ave,   Monroe WI 53566-1364
14654551       +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:05:27      Syncb/amazon,   PO Box 965015,
                 Orlando FL 32896-5015
14654552        E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:04:24      Syncb/amazon Plcc,
                 PO Box 965036,   Orlando FL 32896-5036
14654553        E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:06:20      Syncb/care Credit,
                 PO Box 965036,   Orlando FL 32896-5036
14654554        E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:06:20      Syncb/jc Penneys,   PO Box 965036,
                 Orlando FL 32896-5036
14654555        E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:05:25      Syncb/lowes,   PO Box 965036,
                 Orlando FL 32896-5036
14654557       +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:05:26      Syncb/paypalsmartconn,
                 PO Box 965005,   Orlando FL 32896-5005
14654556        E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:05:25      Syncb/paypalsmartconn,
                 PO Box 965036,   Orlando FL 32896-5036
14654558        E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:05:25      Syncb/walmart,   PO Box 965036,
                 Orlando FL 32896-5036
14654559       +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:05:25      Synchrony Bank Walmart,
                 PO Box 965024,   Orlando FL 32896-5024
14654560        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Aug 27 2020 05:06:16      T-mobile,
                 12920 Se 38th St,   Bellevue WA 98006
14654562       +E-mail/Text: bnc@alltran.com Aug 27 2020 05:00:53      Unit Recovery Systems,   5800 N Course Dr,
                 Houston TX 77072-1613
                                                                                              TOTAL: 48

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Freedom Mortgage
cr             Stearns Lending, LLC
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14654516      ##+Cic Experian Consumer Se,   535 Anton Blvd Ste 100,   Costa Mesa CA 92626-7199
14654532   ##++++GALAXY ASSET MANAGEMENT,   3715 NORTHSIDE PKWY NW BLDG 300-300,   ATLANTA GA  30327-2847
                 (address filed with court: Galaxy Asset Management,   3715 Northside Parkway Nw,   Ste 3-300,
                 Atlanta GA 30327)
14654563      ##+Velocity Portfolio Group,   1800 Route 34n,   Suite 404a,   Wall NJ 07719-9147
                                                                                    TOTALS: 2, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0315-2              User: gamr               Page 3 of 3                  Date Rcvd: Aug 26, 2020
                                  Form ID: 408             Total Noticed: 77
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2020 at the address(es) listed below:
```
          Brandon Russell Keller    on behalf of Debtor Samantha Marie Gaffey info@kellerlawpgh.com
          Celine P. DerKrikorian    on behalf of Creditor   Stearns Lending, LLC ecfmail@mwc-law.com
          James  Warmbrodt     on behalf of Creditor    Freedom Mortgage bkgroup@kmllawgroup.com
          Mario J. Hanyon     on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```