IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Samantha Marie Gaffey f/k/a Samantha Marie Roberts<br>　　　　Debtor | CHAPTER 13<br><br>BKY. NO. 17-22760 CMB<br><br>Related to: Document No. 51 |

## ORDER APPROVING SPECIAL COUNSEL FOR THE DEBTOR

AND NOW, this __26th__ day of __August__, 2020, upon consideration of the Application for Approval of BRANDON KELLER, ESQUIRE as Special Counsel filed at Document No. __51__, it is ORDERED, ADJUDGED and DECREED as follows:

1    The Application is approved as of the date the Application was filed.

2    BRANDON KELLER, and THE LAW FIRM OF SIMON & SIMON, P.C. are hereby appointed as Attorney for the Debtor in this bankruptcy proceeding for the reasons set forth in the Application.

3    Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4    Approval of any application for appointment of counsel in which certain terms of compensation are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

5    Applicant shall serve this Order on all interested parties and file a certificate of service

6. Any party-in-interest may file a written objection(s) to the entry of this order on or before September 9, 2020. If any objection(s) is filed on or before September 9, 2020, a hearing will be set. If no objection(s) is filed on or before September 9, 2020, the order shall become final effective September 10, 2020.

*Carlota M. Böhm*   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
8/26/20 2:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Samantha Marie Gaffey  
      Debtor

Case No. 17-22760-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: agro     Page 1 of 1     Date Rcvd: Aug 26, 2020  
                                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2020.  
db          +Samantha Marie Gaffey,    824 Narrows Road,    East Millsboro, PA 15433-1257

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2020 at the address(es) listed below:  
        Brandon Russell Keller    on behalf of Debtor Samantha Marie Gaffey info@kellerlawpgh.com  
        Celine P. DerKrikorian    on behalf of Creditor    Stearns Lending, LLC ecfmail@mwc-law.com  
        James Warmbrodt    on behalf of Creditor    Freedom Mortgage bkgroup@kmllawgroup.com  
        Mario J. Hanyon    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                        TOTAL: 6