IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: : Bankruptcy No. *17-22760-*
*Samantha Marie Gaffey*
*Fka Samantha Marie Roberts* :
                    Debtor(s) :
: Chapter 13
Trustee, or Debtors(s), Movant :
:
         v. :
:
Respondents :

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   *The Debtor is not required to pay any Domestic Support Obligations*

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On *April 15th 2019*, at docket number *57 - 56*, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*):
   *Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.*

Dated: *September 29, 2020*          By:  _[signature]_____
                                                         Signature
                                                         *Samantha Marie Gaffey*
FILED                                 Name of Filer - Typed
9/30/20 2:10 pm                *824 Narrows Road, East Millsboro, Pa 15433*
CLERK                              Address of Filer
U.S. BANKRUPTCY             *Samantha.m.g@outlook.com*
COURT - WDPA                Email Address of Filer
                                           *724-970-4123*
                                           Phone Number of Filer
                                         *None, Prose*
                                         Bar I.D. and State of Admission

PAWB Local Form 24 (07/13)