**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Samantha Marie Gaffey** | Social Security number or ITIN | **xxx−xx−0452** |
| | First Name Middle Name Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA**

Case number: **17−22760−CMB**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Samantha Marie Gaffey
fka Samantha Marie Roberts

10/19/20

**By the court:** Carlota M. Bohm
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 17-22760-CMB

Samantha Marie Gaffey Chapter 13

Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: dpas Page 1 of 5

Date Rcvd: Oct 19, 2020 Form ID: 3180W Total Noticed: 79

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samantha Marie Gaffey, 824 Narrows Road, East Millsboro, PA 15433-1257 |
| cr | + | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14654500 | + | Alltranfinancial Fka Unitedrec, 5800 N Course Dr, Houston TX 77072-1613 |
| 14654503 | + | Asset Recovery Solutions, 2200 E Devon Ave, Des Plaines IL 60018-4501 |
| 14654504 | | Asst Recovery Solutions, 2200 E Devon Sve Ste 200d, Des Plaines IL 60018 |
| 14654505 | + | Atlantic Credit Finance, 2727 Franklin Road, Roanoke VA 24014-1011 |
| 14654513 | + | Carol Wright/dr Leonard/dm Ser, 100 Nixon Ln, Edison NJ 08837-3804 |
| 14654524 | + | Ecs/ Credit Basics, 535 Anton Blvd Ste 100, Costa Mesa CA 92626-7199 |
| 14654525 | + | Ecs/right Offer Marketplace, 475 Anton Blvd, Costa Mesa CA 92626-7037 |
| 14654531 | + | Fiservcheckfree Corp, 6000 Perimeter Dr, Dublin OH 43017-3233 |
| 14912270 | + | Freedom Mortgage Corporation, 10500 Kincaid Blvd, Fishers, IN 46037-9764 |
| 14654537 | + | Lending Club Corporation, 21 Stevenson St Ste 300, San Francisco CA 94105-2706 |
| 14654538 | | Loancare Servicing Center, 3637 Sentara Way, Virginia Beach VA 23452-4262 |
| 14654542 | + | Midland Funding Llc, Daniel J Santucci, 1333 Race St, Philadelphia PA 19107-1556 |
| 14654541 | + | Midland Funding Llc, 1 International Plaza 5th Floor, Philadelphia PA 19113-1510 |
| 14654543 | + | Northland Group, Inc, 7831 Glen Roy Road, Edina MN 55439-3133 |
| 14654544 | + | Northstar Prim Cred Crds, 4285 Genesee Street, Creektowaga NY 14225-1943 |
| 14724082 | + | Stearns Lending, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14654561 | + | Tu Interactivecap 1, 100 Cross St, Ste 202, San Luis Obisp CA 93401-7570 |
| 14656239 | + | Velocity Investments, LLC, c/o Machol and Johannes, LLC, 700 17th Street Suite 200, Denver, CO 80202-3558 |
| 14654564 | + | Webcollex Llc, 505 Independence Parkway, Chesapeake VA 23320-5178 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2020 02:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2020 02:02:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bncmail@w-legal.com | Oct 20 2020 02:02:00 | Synchrony, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14654499 | | Email/Text: mtamsett@adminrecovery.com | Oct 20 2020 02:02:00 | Admin Recovery LLc, 9159 Main St, Clarence NY 14031 |
| 14654501 | + | EDI: ARSN.COM | Oct 20 2020 04:33:00 | Ars National, 201 West Grand, Escondido CA 92025-2603 |

| | | | | |
|---|---|---|---|---|
| 14654502 | + | EDI: ARSN.COM | Oct 20 2020 04:33:00 | Ars National Services, PO Box 463023, Escondido CA 92046-3023 |
| 14654506 | | EDI: TSYS2.COM | Oct 20 2020 04:33:00 | Barclays Bank Delaware, PO Box 8803, Wilmington DE 19899-8803 |
| 14654507 | | EDI: CITICORP.COM | Oct 20 2020 04:33:00 | Best Buy/cbna, PO Box 6497, Sioux Falls SD 57117-6497 |
| 14654508 | + | EDI: RMSC.COM | Oct 20 2020 04:33:00 | Bill Me Later Inc, 9690 Deereco Rd, 7th Floor, Timonium MD 21093-6991 |
| 14654509 | + | Email/Text: cms-bk@cms-collect.com | Oct 20 2020 02:02:00 | Capital Management Svc, 698 S Ogden St, Buffalo NY 14206-2317 |
| 14654511 | | EDI: CAPITALONE.COM | Oct 20 2020 04:33:00 | Capital One, PO Box 30253, Salt Lake City UT 84130-0253 |
| 14654512 | | EDI: CAPITALONE.COM | Oct 20 2020 04:33:00 | Capital One, PO Box 30281, Salt Lake City UT 84130-0281 |
| 14654510 | | EDI: CAPITALONE.COM | Oct 20 2020 04:33:00 | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 14684078 | | EDI: CAPITALONE.COM | Oct 20 2020 04:33:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14654514 | + | EDI: CBCSI.COM | Oct 20 2020 04:38:00 | Cbc Collections, 250 E Town St, Columbus OH 43215-4631 |
| 14654515 | + | Email/Text: bankruptcynotices@cbecompanies.com | Oct 20 2020 02:02:00 | Cbe Group, 1309 Technology Parkway, Cedar Falls IA 50613-6976 |
| 14723972 | + | EDI: WFNNB.COM | Oct 20 2020 04:33:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14680113 | | EDI: CRFRSTNA.COM | Oct 20 2020 04:33:00 | Credit First NA, BK13 Recovery Services, PO Box 818011, Cleveland, OH 44181-8011 |
| 14654517 | | EDI: CRFRSTNA.COM | Oct 20 2020 04:33:00 | Credit First Na/firestone, PO Box 81083, Cleveland OH 44181 |
| 14654518 | | EDI: CRFRSTNA.COM | Oct 20 2020 04:33:00 | Credit First National Assoc, Po Box 81315, Cleveland OH 44181-0315 |
| 14654519 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 20 2020 02:18:54 | Credit One Bank, PO Box 98873, Las Vegas NV 89193-8873 |
| 14654520 | | EDI: DISCOVER.COM | Oct 20 2020 04:33:00 | Discover Bank, 6500 New Albany Road, Cma-new Albany Enter, New Albany OH 43054 |
| 14654521 | | EDI: DISCOVER.COM | Oct 20 2020 04:33:00 | Discover Bank, PO Box 15316, Wilmington DE 19850-5316 |
| 14654522 | | EDI: DISCOVER.COM | Oct 20 2020 04:33:00 | Discover Financial Services, PO Box 15316, Wilmington DE 19850 |
| 14654523 | | EDI: DISCOVER.COM | Oct 20 2020 04:33:00 | Discover Fincl Svc Llc, 2500 Lake Cook Road, Riverwoods IL 60015-3851 |
| 14656132 | | EDI: DISCOVER.COM | Oct 20 2020 04:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14654526 | + | Email/Text: bknotice@ercbpo.com | Oct 20 2020 02:02:00 | Enhanced Recovery, 8014 Bayberry Road, Jacksonville FL 32256-7412 |
| 14654527 | + | Email/Text: data_processing@fin-rec.com | Oct 20 2020 02:02:00 | Financial Rec Services, PO Box 385908, Minneapolis MN 55438-5908 |
| 14654528 | | EDI: BLUESTEM | Oct 20 2020 04:38:00 | Fingerhut/webbank, 6250 Ridgewood Rd, Saint Cloud MN 56303-0820 |
| 14654529 | | EDI: CRFRSTNA.COM | Oct 20 2020 04:33:00 | Firestone, PO Box 81307, Bk 14, Cleveland OH |

| | | | |
|---|---|---|---|
| | | | 44181-0307 |
| 14654530 | + EDI: FSAE.COM | Oct 20 2020 04:38:00 | Firstsource Advantage Llc, 205 Bryant Woods South, Amherst NY 14228-3609 |
| 14654533 | + EDI: BLUESTEM | Oct 20 2020 04:38:00 | Gettington, 6250 Ridgewood Road, Saint Cloud MN 56303-0820 |
| 14654534 | + EDI: IIC9.COM | Oct 20 2020 04:38:00 | I C System Inc, PO Box 64378, Saint Paul MN 55164-0378 |
| 14654535 | + Email/Text: BKRMailOPS@weltman.com | Oct 20 2020 02:02:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn OH 44333-4600 |
| 14654536 | Email/Text: bk@lendingclub.com | Oct 20 2020 02:02:00 | Lending Club Corporation, 71 Stevenson St Ste 300, San Francisco CA 94105-2985 |
| 14711855 | + EDI: MID8.COM | Oct 20 2020 04:38:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14654539 | + Email/Text: bknotices@mbandw.com | Oct 20 2020 02:02:00 | Mccarthy Burgess W, 26000 Cannon Rd, Cleveland OH 44146-1807 |
| 14654540 | EDI: MID8.COM | Oct 20 2020 04:38:00 | Midland Credit Management Inc, 2365 Northside Dr 300, San Diego CA 92108-2709 |
| 14654545 | EDI: PRA.COM | Oct 20 2020 04:33:00 | Portfolio Recovery Associates, Riverside Commerce Center, 120 Corporate Blvd Ste 100, Norfolk VA 23502-4962 |
| 14700790 | EDI: PRA.COM | Oct 20 2020 04:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14654546 | EDI: PRA.COM | Oct 20 2020 04:33:00 | Portfolio Recovery Association, Riverside Commerce Center, 140 Corporate Blvd, Norfolk VA 23502-4962 |
| 14654695 | + EDI: PRA.COM | Oct 20 2020 04:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14654548 | Email/Text: bankruptcy@prosper.com | Oct 20 2020 02:02:00 | Prosper Marketplace Inc, 221 Main St Ste 300, San Francisco CA 94105-1909 |
| 14654547 | + Email/Text: bankruptcy@prosper.com | Oct 20 2020 02:02:00 | Prosper Marketplace Inc, 101 2nd St Floor 15, San Francisco CA 94105-3672 |
| 14654549 | + Email/Text: bk@rgsfinancial.com | Oct 20 2020 02:01:00 | Rgs Financial Inc, 1700 Jay Ell Dr Ste 200, Ricardson TX 75081-6788 |
| 15021372 | + Email/Text: bncmail@w-legal.com | Oct 20 2020 02:02:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14654550 | + EDI: CBS7AVE | Oct 20 2020 04:38:00 | Swiss Colony/credit Department, 1112 7th Ave, Monroe WI 53566-1364 |
| 14654551 | + EDI: RMSC.COM | Oct 20 2020 04:33:00 | Syncb/amazon, PO Box 965015, Orlando FL 32896-5015 |
| 14654552 | EDI: RMSC.COM | Oct 20 2020 04:33:00 | Syncb/amazon Plcc, PO Box 965036, Orlando FL 32896-5036 |
| 14654553 | EDI: RMSC.COM | Oct 20 2020 04:33:00 | Syncb/care Credit, PO Box 965036, Orlando FL 32896-5036 |
| 14654554 | EDI: RMSC.COM | Oct 20 2020 04:33:00 | Syncb/jc Penneys, PO Box 965036, Orlando FL 32896-5036 |
| 14654555 | EDI: RMSC.COM | Oct 20 2020 04:33:00 | Syncb/lowes, PO Box 965036, Orlando FL 32896-5036 |
| 14654557 | + EDI: RMSC.COM | Oct 20 2020 04:33:00 | Syncb/paypalsmartconn, PO Box 965005, Orlando FL 32896-5005 |
| 14654556 | EDI: RMSC.COM | Oct 20 2020 04:33:00 | Syncb/paypalsmartconn, PO Box 965036, Orlando |

| | | | |
|---|---|---|---|
| | | | FL 32896-5036 |
| 14654558 | EDI: RMSC.COM | Oct 20 2020 04:33:00 | Syncb/walmart, PO Box 965036, Orlando FL 32896-5036 |
| 14654559 | + EDI: RMSC.COM | Oct 20 2020 04:33:00 | Synchrony Bank Walmart, PO Box 965024, Orlando FL 32896-5024 |
| 14654560 | EDI: AISTMBL.COM | Oct 20 2020 04:33:00 | T-mobile, 12920 Se 38th St, Bellevue WA 98006 |
| 14654562 | + EDI: URSI.COM | Oct 20 2020 04:33:00 | Unit Recovery Systems, 5800 N Course Dr, Houston TX 77072-1613 |

TOTAL: 58

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage |
| cr | | Stearns Lending, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14654516 | ##+ | Cic Experian Consumer Se, 535 Anton Blvd Ste 100, Costa Mesa CA 92626-7199 |
| 14654532 | ##++++ | GALAXY ASSET MANAGEMENT, 3715 NORTHSIDE PKWY NW BLDG 300-300, ATLANTA GA 30327-2847, address filed with court:, Galaxy Asset Management, 3715 Northside Parkway Nw, Ste 3-300, Atlanta GA 30327 |
| 14654563 | ##+ | Velocity Portfolio Group, 1800 Route 34n, Suite 404a, Wall NJ 07719-9147 |

TOTAL: 2 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2020 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brandon Russell Keller | on behalf of Debtor Samantha Marie Gaffey info@kellerlawpgh.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Stearns Lending LLC ecfmail@mwc-law.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2     User: dpas     Page 5 of 5

Date Rcvd: Oct 19, 2020     Form ID: 3180W     Total Noticed: 79

TOTAL: 6