**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

SAMANTHA MARIE GAFFEY

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:17-22760

Chapter 13

Document No.: re doc. 56

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this \_\_19th\_\_ day of \_\_October\_\_, 20\_20\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

*Carlota M. Böhm*    dmk
U.S. BANKRUPTCY JUDGE

FILED
10/19/20 4:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22760-CMB |
| Samantha Marie Gaffey | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 4 |
| Date Rcvd: Oct 19, 2020 | Form ID: pdf900 | Total Noticed: 77 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samantha Marie Gaffey, 824 Narrows Road, East Millsboro, PA 15433-1257 |
| cr | + | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14654500 | + | Alltranfinancial Fka Unitedrec, 5800 N Course Dr, Houston TX 77072-1613 |
| 14654503 | + | Asset Recovery Solutions, 2200 E Devon Ave, Des Plaines IL 60018-4501 |
| 14654504 | | Asst Recovery Solutions, 2200 E Devon Sve Ste 200d, Des Plaines IL 60018 |
| 14654505 | + | Atlantic Credit Finance, 2727 Franklin Road, Roanoke VA 24014-1011 |
| 14654506 | | Barclays Bank Delaware, PO Box 8803, Wilmington DE 19899-8803 |
| 14654507 | | Best Buy/cbna, PO Box 6497, Sioux Falls SD 57117-6497 |
| 14654513 | + | Carol Wright/dr Leonard/dm Ser, 100 Nixon Ln, Edison NJ 08837-3804 |
| 14680113 | | Credit First NA, BK13 Recovery Services, PO Box 818011, Cleveland, OH 44181-8011 |
| 14654517 | | Credit First Na/firestone, PO Box 81083, Cleveland OH 44181 |
| 14654518 | | Credit First National Assoc, Po Box 81315, Cleveland OH 44181-0315 |
| 14654524 | + | Ecs/ Credit Basics, 535 Anton Blvd Ste 100, Costa Mesa CA 92626-7199 |
| 14654525 | + | Ecs/right Offer Marketplace, 475 Anton Blvd, Costa Mesa CA 92626-7037 |
| 14654529 | | Firestone, PO Box 81307, Bk 14, Cleveland OH 44181-0307 |
| 14654530 | + | Firstsource Advantage Llc, 205 Bryant Woods South, Amherst NY 14228-3609 |
| 14654531 | + | Fiservcheckfree Corp, 6000 Perimeter Dr, Dublin OH 43017-3233 |
| 14912270 | + | Freedom Mortgage Corporation, 10500 Kincaid Blvd, Fishers, IN 46037-9764 |
| 14654534 | + | I C System Inc, PO Box 64378, Saint Paul MN 55164-0378 |
| 14654537 | + | Lending Club Corporation, 21 Stevenson St Ste 300, San Francisco CA 94105-2706 |
| 14654538 | | Loancare Servicing Center, 3637 Sentara Way, Virginia Beach VA 23452-4262 |
| 14654542 | + | Midland Funding Llc, Daniel J Santucci, 1333 Race St, Philadelphia PA 19107-1556 |
| 14654541 | + | Midland Funding Llc, 1 International Plaza 5th Floor, Philadelphia PA 19113-1510 |
| 14654543 | + | Northland Group, Inc, 7831 Glen Roy Road, Edina MN 55439-3133 |
| 14654544 | + | Northstar Prim Cred Crds, 4285 Genesee Street, Creektowaga NY 14225-1943 |
| 14724082 | + | Stearns Lending, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14654561 | + | Tu Interactivecap 1, 100 Cross St, Ste 202, San Luis Obisp CA 93401-7570 |
| 14656239 | + | Velocity Investments, LLC, c/o Machol and Johannes, LLC, 700 17th Street Suite 200, Denver, CO 80202-3558 |
| 14654564 | + | Webcollex Llc, 505 Independence Parkway, Chesapeake VA 23320-5178 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Oct 20 2020 02:02:00 | Synchrony, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14654499 | | Email/Text: mtamsett@adminrecovery.com | Oct 20 2020 02:02:00 | Admin Recovery LLc, 9159 Main St, Clarence NY 14031 |
| 14654501 | + | Email/Text: legal@arsnational.com | Oct 20 2020 02:02:00 | Ars National, 201 West Grand, Escondido CA |

| District/off: 0315-2 | User: dpas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 19, 2020 | Form ID: pdf900 | Total Noticed: 77 |

| Recip ID | Notice Method | Date/Time | Address |
|---|---|---|---|
| | | | 92025-2603 |
| 14654502 | + Email/Text: legal@arsnational.com | Oct 20 2020 02:02:00 | Ars National Services, PO Box 463023, Escondido CA 92046-3023 |
| 14654508 | + Email/PDF: gecsedi@recoverycorp.com | Oct 20 2020 02:18:52 | Bill Me Later Inc, 9690 Deereco Rd, 7th Floor, Timonium MD 21093-6991 |
| 14654509 | + Email/Text: cms-bk@cms-collect.com | Oct 20 2020 02:02:00 | Capital Management Svc, 698 S Ogden St, Buffalo NY 14206-2317 |
| 14654511 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 20 2020 02:17:57 | Capital One, PO Box 30253, Salt Lake City UT 84130-0253 |
| 14654512 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 20 2020 02:17:58 | Capital One, PO Box 30281, Salt Lake City UT 84130-0281 |
| 14654510 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 20 2020 02:17:58 | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 14684078 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 20 2020 02:17:58 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14654514 | + Email/Text: CBCSMail@CBCSNational.com | Oct 20 2020 02:02:00 | Cbc Collections, 250 E Town St, Columbus OH 43215-4631 |
| 14654515 | + Email/Text: bankruptcynotices@cbecompanies.com | Oct 20 2020 02:02:00 | Cbe Group, 1309 Technology Parkway, Cedar Falls IA 50613-6976 |
| 14723972 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2020 02:02:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14654519 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 20 2020 02:17:59 | Credit One Bank, PO Box 98873, Las Vegas NV 89193-8873 |
| 14654520 | Email/Text: mrdiscen@discover.com | Oct 20 2020 02:01:00 | Discover Bank, 6500 New Albany Road, Cma-new Albany Enter, New Albany OH 43054 |
| 14654521 | Email/Text: mrdiscen@discover.com | Oct 20 2020 02:01:00 | Discover Bank, PO Box 15316, Wilmington DE 19850-5316 |
| 14654522 | Email/Text: mrdiscen@discover.com | Oct 20 2020 02:01:00 | Discover Financial Services, PO Box 15316, Wilmington DE 19850 |
| 14654523 | Email/Text: mrdiscen@discover.com | Oct 20 2020 02:01:00 | Discover Fincl Svc Llc, 2500 Lake Cook Road, Riverwoods IL 60015-3851 |
| 14656132 | Email/Text: mrdiscen@discover.com | Oct 20 2020 02:01:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14654526 | + Email/Text: bknotice@ercbpo.com | Oct 20 2020 02:02:00 | Enhanced Recovery, 8014 Bayberry Road, Jacksonville FL 32256-7412 |
| 14654527 | + Email/Text: data_processing@fin-rec.com | Oct 20 2020 02:02:00 | Financial Rec Services, PO Box 385908, Minneapolis MN 55438-5908 |
| 14654528 | Email/Text: bnc-bluestem@quantum3group.com | Oct 20 2020 02:02:00 | Fingerhut/webbank, 6250 Ridgewood Rd, Saint Cloud MN 56303-0820 |
| 14654533 | + Email/Text: bnc-bluestem@quantum3group.com | Oct 20 2020 02:02:00 | Gettington, 6250 Ridgewood Road, Saint Cloud MN 56303-0820 |
| 14654535 | + Email/Text: BKRMailOPS@weltman.com | Oct 20 2020 02:02:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn OH 44333-4600 |
| 14654536 | Email/Text: bk@lendingclub.com | Oct 20 2020 02:02:00 | Lending Club Corporation, 71 Stevenson St Ste 300, San Francisco CA 94105-2985 |
| 14711855 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2020 02:02:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14654539 | + Email/Text: bknotices@mbandw.com | Oct 20 2020 02:02:00 | Mccarthy Burgess W, 26000 Cannon Rd, Cleveland OH 44146-1807 |
| 14654540 | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 20 2020 02:02:00 | Midland Credit Management Inc, 2365 Northside Dr 300, San Diego CA 92108-2709 |
| 14654545 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 20 2020 02:18:55 | | Portfolio Recovery Associates, Riverside Commerce Center, 120 Corporate Blvd Ste 100, Norfolk VA 23502-4962 |
| 14700790 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 20 2020 02:17:59 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14654546 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 20 2020 02:18:55 | | Portfolio Recovery Association, Riverside Commerce Center, 140 Corporate Blvd, Norfolk VA 23502-4962 |
| 14654695 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 20 2020 02:18:55 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14654548 | | Email/Text: bankruptcy@prosper.com Oct 20 2020 02:02:00 | | Prosper Marketplace Inc, 221 Main St Ste 300, San Francisco CA 94105-1909 |
| 14654547 | + | Email/Text: bankruptcy@prosper.com Oct 20 2020 02:02:00 | | Prosper Marketplace Inc, 101 2nd St Floor 15, San Francisco CA 94105-3672 |
| 14654549 | + | Email/Text: bk@rgsfinancial.com Oct 20 2020 02:01:00 | | Rgs Financial Inc, 1700 Jay Ell Dr Ste 200, Ricardson TX 75081-6788 |
| 15021372 | + | Email/Text: bncmail@w-legal.com Oct 20 2020 02:02:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14654550 | + | Email/Text: bankruptcy@sccompanies.com Oct 20 2020 02:03:00 | | Swiss Colony/credit Department, 1112 7th Ave, Monroe WI 53566-1364 |
| 14654551 | + | Email/PDF: gecsedi@recoverycorp.com Oct 20 2020 02:17:56 | | Syncb/amazon, PO Box 965015, Orlando FL 32896-5015 |
| 14654552 | | Email/PDF: gecsedi@recoverycorp.com Oct 20 2020 02:17:56 | | Syncb/amazon Plcc, PO Box 965036, Orlando FL 32896-5036 |
| 14654553 | | Email/PDF: gecsedi@recoverycorp.com Oct 20 2020 02:17:56 | | Syncb/care Credit, PO Box 965036, Orlando FL 32896-5036 |
| 14654554 | | Email/PDF: gecsedi@recoverycorp.com Oct 20 2020 02:18:52 | | Syncb/jc Penneys, PO Box 965036, Orlando FL 32896-5036 |
| 14654555 | | Email/PDF: gecsedi@recoverycorp.com Oct 20 2020 02:17:02 | | Syncb/lowes, PO Box 965036, Orlando FL 32896-5036 |
| 14654557 | + | Email/PDF: gecsedi@recoverycorp.com Oct 20 2020 02:17:57 | | Syncb/paypalsmartconn, PO Box 965005, Orlando FL 32896-5005 |
| 14654556 | | Email/PDF: gecsedi@recoverycorp.com Oct 20 2020 02:17:56 | | Syncb/paypalsmartconn, PO Box 965036, Orlando FL 32896-5036 |
| 14654558 | | Email/PDF: gecsedi@recoverycorp.com Oct 20 2020 02:17:56 | | Syncb/walmart, PO Box 965036, Orlando FL 32896-5036 |
| 14654559 | + | Email/PDF: gecsedi@recoverycorp.com Oct 20 2020 02:17:57 | | Synchrony Bank Walmart, PO Box 965024, Orlando FL 32896-5024 |
| 14654560 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com Oct 20 2020 02:17:01 | | T-mobile, 12920 Se 38th St, Bellevue WA 98006 |
| 14654562 | + | Email/Text: bnc@alltran.com Oct 20 2020 02:01:00 | | Unit Recovery Systems, 5800 N Course Dr, Houston TX 77072-1613 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage |
| cr | | Stearns Lending, LLC |

Case 17-22760-CMB    Doc 72    Filed 10/21/20    Entered 10/22/20 01:19:39    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: dpas | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 19, 2020 | Form ID: pdf900 | Total Noticed: 77 |

| | | |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14654516 | ##+ | Cic Experian Consumer Se, 535 Anton Blvd Ste 100, Costa Mesa CA 92626-7199 |
| 14654532 | ##++++ | GALAXY ASSET MANAGEMENT, 3715 NORTHSIDE PKWY NW BLDG 300-300, ATLANTA GA 30327-2847, address filed with court:, Galaxy Asset Management, 3715 Northside Parkway Nw, Ste 3-300, Atlanta GA 30327 |
| 14654563 | ##+ | Velocity Portfolio Group, 1800 Route 34n, Suite 404a, Wall NJ 07719-9147 |

TOTAL: 2 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brandon Russell Keller | on behalf of Debtor Samantha Marie Gaffey info@kellerlawpgh.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Stearns Lending  LLC ecfmail@mwc-law.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6